UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RANDELL G. POOL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL NO. W-24-CV-00154-ADA |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 20. The report recommends Defendants' traditional motion for summary judgment (ECF No. 9) be **GRANTED** and Defendants' no-evidence motion for partial summary judgment (ECF No. 15) be **DENIED-AS-MOOT**. The report and recommendation was filed on June 30, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' traditional motion for summary judgment (ECF No. 9) is **GRANTED** and Defendants' no-evidence motion for partial summary judgment (ECF No. 15) is **DENIED-AS-MOOT** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that this Order constitutes the final judgment in this case. The Clerk of Court is instructed to **CLOSE** the case.

**SIGNED** this 15th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE